NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 10 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LISA DIANNE HANSEN, | No. 19-35844 |
| Plaintiff-Appellant, | D.C. No. 2:19-cv-00031-MAT |
| v. | |
| ANDREW M. SAUL, Commissioner of Social Security, | ORDER |
| Defendant-Appellee. | |

Appeal from the United States District Court
for the Western District of Washington
Mary Alice Theiler, Magistrate Judge, Presiding

Submitted March 17, 2021[*]
San Francisco, California

Before: MURGUIA and CHRISTEN, Circuit Judges, and LEFKOW,[**] District Judge.

Appellee's Unopposed Motion to Vacate the District Court Judgment and to

Remand to the District Court, pursuant to *Carr v. Saul*, 141 S. Ct. 1352 (2021), is

GRANTED (Doc. 40). The District Court shall remand the case to the agency for

---

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).
[**] The Honorable Joan H. Lefkow, United States District Judge for the Northern District of Illinois, sitting by designation.

further proceedings consistent with the Supreme Court's intervening decision in *Carr*.

The parties shall bear their own attorney's fees, costs, and expenses. This order constitutes the mandate of this court.

**VACATED AND REMANDED.**